UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| KENNETH RAY DAVIS | CIVIL ACTION NO. 07-cv-2069 |
| VERSUS | JUDGE WALTER |
| AMERICAN ELECTRIC POWER | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss (Doc. 23) is **granted** by (1) dismissing Kenneth Ray Davis's claims for Title VII retaliation and hostile work environment because they are beyond the scope of his EEOC charge and (2) dismissing as untimely any Title VII claim based on the bulldozer incident described in Paragraph 10 of the complaint.

**IT IS FURTHER ORDERED** that the Motion to Dismiss and for Sanctions (Doc. 48) is **granted in part** as follows: Plaintiff is directed to serve full and complete responses to the written discovery at issue within 10 days from the date of this order. The motion is **denied** in all other respects.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 9th day of May, 2008.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE